

FILED

11/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0528

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0528

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JAY DONALD WITKOWSKI,

Defendant and Appellant.

FILED

NOV 10 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Jay Donald Witkowski has filed a verified Petition for an Out-of-Time Appeal and includes a copy of the final judgment. As grounds, he indicates that he discussed a timely appeal with his attorney but that his attorney did not file one. He contends that he should have received a shorter sentence to run concurrently with his other conviction and that the presiding judge was biased.

M. R. App. P. 4(6) provides that "[i]n the infrequent harsh case and under extraordinary circumstances, amounting to a gross miscarriage of justice, the supreme court may grant an out-of-time appeal."

Witkowski seeks to appeal a February 22, 2018 Valley County District Court Judgment where the court accepted his guilty plea to aggravated kidnapping and dismissed the other charges of felony attempted escape, felony criminal mischief, misdemeanor unlawful restraint and misdemeanor disorderly conduct. The District Court sentenced Witkowski to prison for a forty-year term to run consecutively to his other criminal conviction of deliberate homicide.

We observe that Witkowski has an appeal of his homicide conviction and sentence. *State v. Witkowski*, No. DA 18-0621. In October 2018, Witkowski proceeded on his own behalf about a year after the sentence was imposed. We granted his petition for an out-of-time appeal and appointed him counsel on his motion.

We decline to proceed with his petition. Witkowski provides no reason for his delay now when, in 2018, he was aware of how the process for seeking untimely appeals works in this Court. We conclude that Witkowski has not demonstrated extraordinary circumstances to surmount several years since his conviction, and denial of his petition will not impose a gross miscarriage of justice. Accordingly,

IT IS ORDERED that Witkowski's Petition for an Out-of-Time Appeal is DENIED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record; to Mardell Lynn Ployhar, Assistant Attorney General; to Deborah Susan Smith, Appellate Defender Division; and to Jay Donald Witkowski personally.

DATED this ⎯⎯ day of November, 2020.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Chief Justice

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Justices

2